**STATE OF LOUISIANA**       **\***       **NO. 2019-KA-0074**

**VERSUS**       **\***       **COURT OF APPEAL**

**AHMAD RAINEY**       **\***       **FOURTH CIRCUIT**

      **\***       **STATE OF LOUISIANA**

      **\***

      **\***

**\* \* \* \* \* \* \***

**BELSOME, J., CONCURS IN THE RESULT.**